UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23012-CIV-JEM

ROBERTO CALIMANO RODRIGUEZ, and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
)
        Plaintiffs, )
  vs. )
)
RCH LAWN MAINTENANCE LLC, )
SETH HOROWYTZ, )
)
        Defendants. )
_____

## PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described

Statement of Claim as follows:

**Half-time Overtime Claim (8/8/14-5/31/15):**
Amount of half time per hour not compensated: $6.50
Weeks: 42
Overtime hours per week: 5
Total wages unpaid and liquidated damages: $1,365 X 2 = $2,730

**Time and One-Half Overtime Claim (6/1/15-12/31/16):**
Amount of time and one-half per hour not compensated: $20.25
Weeks: 82
Overtime hours per week: 12.5
Total wages unpaid and liquidated damages: $20,756.25 X 2 = $41,512.50

**Half-time Overtime Claim (6/1/15-12/31/16):**
Amount of half time per hour not compensated: $6.75
Weeks: 82
Overtime hours per week: 5
Total wages unpaid and liquidated damages: $2,767.50 X 2 = $5,535

**Time and One-Half Overtime Claim (1/1/17-5/24/17):**
Amount of time and one-half per hour not compensated: $20.25
Weeks: 20
Overtime hours per week: 12.5
Total wages unpaid and liquidated damages: $5,062.50 X 2 = $10,125

**Half-time Overtime Claim (1/1/17-5/24/17):**
Amount of half time per hour not compensated: $6.75
Weeks: 20
Overtime hours per week: 11
Total wages unpaid and liquidated damages: $1,485 X 2 = $2,970

TOTAL CLAIM: *$62,872.50*

*Plaintiff seeks all fees and costs under the FLSA.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**
**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 8/15/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**