UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-cv-23012-JEM   (Martinez / Otazo-Reyes)

ROBERTO CALIMANO RODRIGUEZ,
DANNY PEREZ DELGADO, MAIKEL
SARRACENT ALDANA, and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

    Defendants.
_____/

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION IN LIMINE AND PLAINTIFFS' MOTION FOR ORDER IN LIMINE NUNC PRO TUNC

Defendants, RCH LAWN MAINTENANCE LLC and SETH HOROWYTZ, by and through undersigned counsel hereby move this Court for an enlargement of time to respond to plaintiffs' motion in limine [DE 63] and plaintiffs' motion for order in limine nunc pro tunc [DE 65] and in support of this motion, the defendants state as follows:

1. On or about July 9, 2018, the plaintiffs filed their motion in limine [DE 63].

2. On or about July 12, 2018, the plaintiffs filed their motion for order in limine nunc pro tunc [DE 65].

3. Defendants' response to plaintiffs' motion in limine is due today, July 23, 2018.

4. Defendants' response to plaintiffs' motion for order in limine nunc pro tunc is due Thursday, July 26, 2018.

5. Defendants' counsel was out of the office July 9, 2018 through July 11, 2018 in order

to try a jury trial in front of the Honorable James Lawrence King in the sister case of *Carlos Heliel Vail Lux, et al. v. RCH Lawn Maintenance LLC, et al.*; Case No. 16-cv-25039-JLK.  Following the completion of the aforementioned trial, defendants' counsel was actively preparing to try a jury trial in front of the Honorable Dave Lee Brannon in the case of *Francis J. España v. Computer Aid, Inc.*; Case No. 16-81967-cv-Brannon, which was scheduled to begin tomorrow, July 24, 2018, and continue through Thursday, July 26, 2018.  Defendants' counsel has not had sufficient time to prepare responses to plaintiffs' motion in limine and motion for order in limine nunc pro tunc and requests an enlargement of time through and including Monday, July 30, 2018.

6. Based on the above described circumstances, defendants submit that there is good cause for granting an enlargement of time for defendants to respond to plaintiffs' motion in limine and motion for order in limine nunc pro tunc.

7. No undue prejudice will inure to plaintiffs, nor are defendants engaging in any undue delay in terms of requesting this enlargement of time.

## CERTIFICATION PURSUANT TO S.D. FLA. 7.1(a)(3)

8. Defendants undersigned counsel hereby certifies that he has conferred with plaintiffs' counsel, Alejandro Martinez, via telephone and email regarding this motion and has been advised that plaintiffs' counsel **objects** to the relief requested herein.

WHEREFORE, for the reasons discussed above, defendants respectfully request this Court grant this motion, enter an order providing an enlargement of time for the defendants to respond to plaintiffs' motion in limine and motion for order in limine nunc pro tunc, up through and including Monday, July 30, 2018.

Dated:   July 23, 2018                             Respectfully submitted,
         Boca Raton, FL
                                                   *s/ Daniel R. Levine*

DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-mail:   DRL@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL  33431
Telephone:     (561) 544-8900
Facsimile:      (561) 544-8999
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

## SERVICE LIST
*Roberto Calimano Rodriguez v. RCH Lawn Maintenance LLC, et al.*
Case No. 1:17-cv-23012-JEM   (Martinez / Otazo-Reyes)
United States District Court, Southern District of Florida

| | |
|---|---|
| Jamie H. Zidell, Esquire<br>E-Mail:  Zabogado@aol.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:      (305) 865-6766<br>Facsimile:        (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:   DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL  33431<br>Telephone:      (561) 544-8900<br>Facsimile:        (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
| Alejandro G. Martinez-Maldonado, Esquire<br>E-Mail:  Martinez.zidelllaw@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:      (305) 865-6766<br>Facsimile:        (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Adam Berman, Esquire<br>E-Mail:   ajberman.jhzidell@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:      (305) 865-6766<br>Facsimile:        (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* |
| Bruno A. Garofalo, Esquire<br>E-Mail:   bruno.garolfalo.esq@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Sutie 605<br>Miami Beach, FL  33141<br>Telephone:      (305) 865-6766<br>Facsimile:        (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Natalie Staroschak, Esquire<br>E-Mail:   nstar.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL  33141<br>Telephone:      (305) 865-6766<br>Facsimile:        (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* |