UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-23012-JEM

ROBERTO CALIMANO RODRIGUEZ,
DANNY PEREZ DELGADO, MAIKEL
SARRACENT ALDANA, and all others
similarly situated under 29 U.S.C. 216(b),

 Plaintiffs,

vs.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

 Defendants.
_____/

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED JURY INSTRUCTIONS AND PROPOSED VERDICT FORM, AS WELL AS TO FILE RESPONSE TO PLAINTIFFS' MOTION IN LIMINE AND MOTION FOR ORDER IN LIMINE NUNC PRO TUNC

 Defendants, RCH LAWN MAINTENANCE LLC and SETH HOROWYTZ, by and through undersigned counsel, pursuant to applicable rules of civil procedure and this Court's local rules, hereby move this Court for an enlargement of time to file proposed jury instructions and proposed verdict form, as well as to file its response to plaintiffs' motion in limine [DE 63] and plaintiffs' motion for order in limine nunc pro tunc [DE 65], and in support of this motion, state as follows:

 1. On or about July 23, 2018, Defendants filed their motion for enlargement of time to file responses to plaintiffs' motion in limine [DE 63] and motion for order in limine *nunc pro tunc* [DE 65], up through and including Monday, July 30, 2018.

 2. Additionally, and pursuant to this Court's Order [DE 26], the parties are required to file proposed joint jury instructions and joint verdict form on or before Monday, July 30, 2018.

3. On or about July 11, 2018, following a three (3) day jury trial, a verdict was returned against these same Defendants in a "companion" case filed on behalf of two (2) plaintiffs by the same law firm representing the three Plaintiffs in the present case. *See Vail Lux et al. v. RCH Lawn Maintenance LLC et al.*, Case No. 1:16-cv-25039 [DE 74].

4. Since the rendering of the jury verdict in the *Vail Lux* case, Defendants have retained bankruptcy counsel and intend to file for Chapter 11 bankruptcy protection, on behalf of the corporate and individual Defendants. Defendants and their bankruptcy counsel currently are working diligently to prepare the appropriate paperwork for the bankruptcy filing, which Defendants anticipate will be filed by next Thursday, August 2, 2018.

5. Once Defendants file their bankruptcy petitions, the filing operates as an automatic stay, applicable to all parties, of the continuation, of any judicial action or proceeding against the debtors that was commenced before the filing of the bankruptcy petition.

6. Defendants certainly understand and appreciate that no stay is in place in this case as of the date of filing of this motion. Defendants also understand and appreciate the deadlines set by this Court in its previously entered Order [DE 26]. However, inasmuch as Defendants' intent is to file their bankruptcy petitions by next Thursday, August 2, 2018, Defendants hereby ask this Honorable Court to enlarge the time to file the proposed jury instructions, proposed verdict form and responses to the instant motions, so as to conserve the Defendants' limited financial resources. Moreover, doing so will also save this Court precious judicial resources, inasmuch as the Court in all likelihood will not need to rule on these motions at this point in time (if ever) once the Defendants have filed their bankruptcy petitions.

7. Based on the above-described circumstances, Defendants submit that there is good cause for granting an enlargement of time to file the proposed jury instructions and verdict form,

as well as for Defendants to respond to Plaintiffs' motion in limine and motion for order in limine *nunc pro tunc*.

8. No undue prejudice will inure to Plaintiffs, nor are Defendants engaging in any undue delay in terms of requesting this enlargement of time. Again, while Defendants do not wish to run afoul of this Court's Order, or anger this Court in any manner, in light of the impending bankruptcy filing – anticipated to happen by no later than next Thursday (less than a week), it does not seem like an unreasonable request to allow Defendants this brief enlargement of time to file ***jury instructions and a verdict form***, along with responses to ***motions in limine***, when in fact there is a high likelihood that this case will not proceed to trial and in fact will be automatically stayed by next Thursday. In the highly unlikely event that the Defendants fail to file their bankruptcy petitions by next Thursday, Defendants are prepared to file the proposed jury instructions, proposed verdict form and responses to the instant motions by Thursday afternoon, August 2, 2018, which is when the calendar call is scheduled to take place.

## CERTIFICATION PURSUANT TO S.D. FLA. 7.1(a)(3)

9. Defendants' undersigned counsel hereby certifies that he has conferred with Plaintiffs' counsel, Natalie Staroschak and Neil Tobak, regarding this motion and has been advised that Plaintiffs' counsel **objects** to the relief requested herein.

WHEREFORE, Defendants respectfully request that this Court grant their motion, enter an order providing an enlargement of time for the Defendants to file their proposed jury instructions, proposed verdict form and responses to Plaintiffs' motions for up through and including Thursday, August 2, 2018.

Dated:  July 27, 2018          Respectfully submitted,
        Boca Raton, FL

                               *s/ Daniel R. Levine*

DANIEL R. LEVINE, ESQ.
Florida Bar No. 0057861
E-mail:   DRL@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL  33431
Telephone:      (561) 544-8900
Facsimile:       (561) 544-8999
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

**SERVICE LIST**

*Roberto Calimano Rodriguez v. RCH Lawn Maintenance LLC, et al.*
Case No. 1:17-cv-23012-JEM
United States District Court, Southern District of Florida

| | |
|---|---|
| Jamie H. Zidell, Esquire<br>E-Mail: Zabogado@aol.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail: DRL@PBL-Law.com<br>Padula Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL 33431<br>Telephone: (561) 544-8900<br>Facsimile: (561) 544-8999<br>Counsel for Defendants<br>*Via CM/ECF* |
| Alejandro G. Martinez-Maldonado, Esquire<br>E-Mail: Martinez.zidelllaw@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Adam Berman, Esquire<br>E-Mail: ajberman.jhzidell@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* |
| Bruno A. Garofalo, Esquire<br>E-Mail: bruno.garolfalo.esq@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Sutie 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* | Natalie Staroschak, Esquire<br>E-Mail: nstar.zidellpa@gmail.com<br>J.H. Zidell, P.A.<br>300 - 71st Street, Suite 605<br>Miami Beach, FL 33141<br>Telephone: (305) 865-6766<br>Facsimile: (305) 865-7167<br>Counsel for Plaintiffs<br>*Via CM/ECF* |