UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.:  1:17-cv-23012-JEM

ROBERTO CALIMANO RODRIGUEZ,
and all others similarly situated under
29 U.S.C. 216(b),

    Plaintiff,
vs.

RCH LAWN MAINTENANCE LLC,
SETH HOROWYTZ,

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

    Defendants, RCH LAWN MAINTENANCE LLC and SETH HOROWYTZ, by and through undersigned counsel, files this Suggestion of Bankruptcy in the above-entitled proceeding and states:

    1. On August 1, 2018, a Voluntary Petition for relief under Chapter 11, Title 11, of the United States Bankruptcy Code was filed by the Defendant, RCH LAWN MAINTENANCE LLC, in the United States Bankruptcy Court for the Southern District of Florida, under Case No. 18-19428-EPK and Defendant, SETH HOWARD HOROWYTZ, under Case No. 18-19430-MAM.

    2. That pursuant to the Bankruptcy Code, Section 362, the above styled cause is hereby automatically stayed.

    3. The filing of this Suggestion of Bankruptcy is not intended to be a Notice of Appearance by the undersigned.

FURR COHEN, P.A.
*Attorneys for RCH Lawn Maintenance, LLC and Seth Horowytz*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
(561)395-0500/(561)338-7532-fax
By: /s/ *Aaron A. Wernick*
    Aaron A. Wernick, Esq.
    Florida Bar No.: 14059
    Email: awernick@furrcohen.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 8/1/18 TO: ALL CM/ECF RECIPIENTS

BY:/s/ Aaron A. Wernick_____
    AARON A. WERNICK, ESQ.